UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.

    Defendant.

_____

**ORDER DISMISSING SECOND CLAIM FOR RELIEF**
_____

    This matter arises on **Plaintiff's Motion (With Incorporated Legal Authority) To Dismiss Defendant's Second Counterclaim** (filed 3/20/2014) (the "Motion.")  The Court having been sufficiently advised hereby GRANTS the Motion.

    IT IS ORDERED as follows:  Defendant's Second Counterclaim (#12, ¶¶ 49-52) entitled "Declaration of Invalidity of U.S. Patent No. U.S. 8,141,330" is dismissed, with prejudice.

    Dated: _____

                                              BY THE COURT:

                                              _____

                                              Hon. J. Brooke Jackson
                                              United States Federal District Court Judge