UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.

    Defendant.
_____

**ORDER MODIFYING CIVIL SCHEDULING ORDER**
_____

For good cause shown, and in response to the Consent Motion to Modify Civil Scheduling Order filed on June 26, 2014 [Dkt. 41],

IT IS HEREBY ORDERED that the Civil Scheduling Order [Dkt. 33] entered April 22, 2014, is modified as follows.  Any provision of that order not addressed herein remains in effect.

| Case Management Schedule | |
|---|---|
| **Event** | **Date** |
| Scheduling Conference | April 22, 2014 |
| Initial Disclosures | May 23, 2014 |
| Submission of a Protective Order | June 13, 2014 |
| Disclosure of Asserted Claims and Infringement Contentions by Plaintiff | **July 7, 2014** |

24207077.1

| | |
|---|---|
| Defendant's Response to Infringement Contentions | **August 4, 2014** |
| Disclosure of Invalidity Contentions by Defendants | September 19, 2014 |
| Exchange of Proposed Terms and Claim Elements for Construction | September 26, 2014 |
| Last Day to Amend Pleadings or Add Parties | September 26, 2014 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | October 10, 2014 |
| Disclosure of Identity of Counsel and Production of Opinion, if applicable | October 10, 2014 |
| Plaintiff's Response to Invalidity Contentions | October 17, 2014 |
| Joint Claim Construction, Pre-Hearing Statement | November 3, 2014 |
| Exchange and File Opening Claim Construction Briefs (not to exceed 20 pages each) and Technology Tutorial(s) (if any) | November 24, 2014 |
| Exchange and File Responsive Claim Construction Briefs (not to exceed 15 pages) | December 15, 2014 |
| Exchange and File Reply Briefs in Support of Claim Constructions | December 22, 2014 |
| File Joint Motion for Determination | December 22, 2014 |
| Last Day to Identify or Exchange any Physical Exhibits to be submitted to the Court at Claim Construction Hearing (not including the presentations themselves) | January 9, 2015 |
| Claim Construction Hearing | January 22, 2015 |
| Exchange Final Infringement Contentions | March 13, 2015[1] |

---

[1] Or 28 days after claim construction order is filed.

| | |
|---|---|
| Exchange and File Motion to Exclude re: Final Infringement Contentions | March 27, 2015[2] |
| Exchange Final Invalidy Contentions | April 3, 2015[3] |
| Exhange and File Motion to Exclude re: Final Invalidity Contentions | April 17, 2015[4] |
| Close of Fact Discovery | April 30, 2015 |
| Party with Burden of Proof to Designate Expert Witnesses and Serve Expert Reports | May 8, 2015 |
| Designate Rebuttal Expert Witnesses and Serve Rebuttal Expert Witness Reports | June 5, 2015 |
| Close of Expert Discovery | June 30, 2015 |
| Deadline for Dispositive Motions and *Daubert* Motions | July 3, 2015 |
| Responsive Brief(s) Deadline | July 24, 2015 |
| Reply Brief(s) Deadline | July 31, 2015 |
| Final Pre-Trial Order | 7 days before Final Pre-Trial Conference |
| Final Pre-Trial Conference | September 24, 2015 |
| Ten-Day Jury Trial Date | October 13, 2015 |

---

[2] Or 14 days after service of Final Infringement Contentions.
[3] Or 21 days after service of Final Infringement Contentions.
[4] Or 14 days after service of Final Invalidity Contentions

24207077.1

SO ORDERED, this 26th day of June, 2014.

_____

R. Brooke Jackson
UNITED STATES DISTRICT JUDGE

24207077.1