UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

      Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.

      Defendant.

_____

## JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT

_____

Pursuant to the Modified Scheduling Order [Docket #42] in the above-captioned case,

Plaintiff Knapp Logistics Automation, Inc. ("Knapp") and Defendant R/X Automation Solutions,

Inc. ("RXAS") jointly submit this Joint Claim Construction and Pre-Hearing Statement with

respect to the disputed claim terms in U.S. Patent No. 8,601,776 (the "'776 patent"):

**I.     CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES AGREE**

The parties are unable to agree on a construction for any disputed term.

**II.     PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM**

The parties have identified in the chart below (a) the following disputed claim terms of

the '776 patent, and the parties' proposed constructions thereof, for the Court to address at the

claim construction hearing; and (b) citations to intrinsic and extrinsic evidence on which the

parties may rely:

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| 1[a] | "a secure door" | "a door that opens and closes, either manually or automatically" | -'776 patent: col. 1:39-44; 3:8-37; 4:24-5:21; 5:33-41; 6:23-27; 7:1-5; 8:17-67; 9:1-4; 15:25-40; figs. 1, 2.<br><br>-Prosecution history of Application No. 13/410,959, Response to Office Action dated 12/6/2013 at pp. 10, 12. | "a component of the counter that is openable and closeable to allow or obstruct, respectively, tablet access to the counter, where such component is lockable in a closed position by a locking mechanism that, by itself, is operable to lock such component and physically prevent it from being moved to a different position by unauthorized personnel."  Defendant notes that in proposing constructions and support therefor as to any claim term herein, it neither waives any of its invalidity contentions, including but not limited to those under 35 USC 112, nor is it suggesting that the ordinary and customary meaning of | -'776 patent: col. 8, l. 62-63; col. 9, l. 1-2; col. 3, l. 10-12; col. 5, l. 6-17; col. 5, l. 9-11; Fig. 8; claim 1, and col. 5, l. 11<br><br>-Prosecution History of 13/398,979; lines 5-6 of page 10 of 12 of Amendment and Response to Non-final Office Action mailed July 3, 2013 (response filed on 10/2/13)<br><br>-US Pat. No. 5,838,575 (see col. 5, l. 54-60; Figs. 6A, 6B, 11A and 11B)<br><br>-Prosecution History of US 13/410,959; 3rd and 2nd lines from bottom of p. 14 of 19 of Response to Advisory Action mailed 9/21/12 and Final Office Action mailed 8/2/12 (Response filed 10/2/12) |

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| | | | | the term should not control. | |
| 1[b] | "a hopper assembly" | "an assembly that temporarily reserves the tablets" | -'776 patent: 2:53-59; 3:45-51; 4:50-54; 5:42-6:4; 15:25-40; figs. 1, 2, 9.<br><br>-Prosecution history of the '776 patent: Response to Office Action dated 10/2/2013 at p. 10 | "an assembly that includes dispenser reserve, vibrating feeder, and singulation channels." | -'776 patent: col. 2, l. 55-57; col. 3, l. 47-49; col. 5, l. 44-46 |
| 1[c] | "a closed canister removably engaged with the secure door of the counter" | "a closed canister able to be docked with the counter in alignment with the secure door of the counter" | -Provisional Application No. 60/572,955 (provisional to '776 patent): Page 4:15-16; 4:20 – 5:1; 7:20-22; claim 1<br><br>-'776 patent: 2:59-3:4; 3:12-16; 4:13-23; 5:6-21; 8:17-26; 8:48-9:4; 15:25-40; figs. 1, 2, 8. | "a pill container that has removable, restrictive, direct physical contact with the secure door of the counter" | - '776 Patent, col. 5, l. 8-11;<br>-Random House Webster's Unabridged Dictionary (2nd ed. 1997) (may be helpful to the Court in construing terms; see p. 644 relate to "engaged"). |

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| 1[d] | "the counter is configured to count the tablets when the secure door of the counter is open and closed" | "the counter counts the tablets when the secure door of the counter is both open and closed unless selectively discontinued by a user or electronic computer program" | -Provisional Application No. 60/572,955 (provisional to '776 patent): Page 5:1-4; 7:22-8:6; 8:4-6; appendix A at 4-7<br><br>-'776 patent: 2:59-3:10; 4:55-58; 5:9-21; 5:63-65; 7:1-21; 8:48-9:12; figs. 1, 2, 8.<br><br>-'776 patent prosecution history: Response to Office Action dated 10/2/13 p. 10-11 | "a counter that is able to count both when its secure door is open and when its secure door is closed, where "open" means that secure door position that allows for emptying of tablets from the canister into the counter and where "closed" means that secure door position which blocks entirely the passage of tablets from the canister to the counter." | -'776 patent: col. 5, l. 18-21; col. 3, l. 4-12; col. 5, l. 9-21; col. 8, l. 42-43; col. 8, l. 62-col. 9, l. 4<br><br>-Prosecution History of US 13/410,959; 2nd, 3rd and 4th full pars. of p. 13 of 14 of Response to Final Office Action mailed 12/27/2013 (Response filed 2/26/14)<br><br>-Prosecution History of US 13/410,959; 1st, 2nd and 3rd full pars. of p. 17 of 22 of Response to Final Office Action mailed 12/27/2013 and Advisory Action mailed 3/10/14 )Response filed 3/26/14)<br>-Prosecution History of US 13/410,959; 1st and 2nd full pars. of p. 10 of 22 of Response to Final Office Action mailed 4/8/14 (Response filed 6/2/14)<br><br>- Prosecution History of |

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| | | | | | 13/398,979; lines 7-8 of page 10 of 12 of Response to Non-final Office Action mailed July 3, 2013 (response filed on 10/2/13)<br><br>- US Pat. No. 5,838,575 (note Plaintiff's reference, in the prosecution history passage referenced immediately above, to col. 8, l. 28 - col. 9, l. 32, and Figs. 11A-12 of the '575 Patent) |
| 2 | "the secure door of the counter is configured to be open when the canister is engaged with the counter" | "the secure door of the counter opens manually, or alternatively, automatically, when the canister is engaged with the counter" | -'776 patent: 2:59-3:4; 3:12-16; 4:13-23; 5:6-21; 8:17-26; 8:48-9:4; 13:33-35; 15:25-40; figs. 1, 2. | "whenever the canister is engaged with the secure door of the counter, the counter's secure door must be and can only be open" | -Random House Webster's Unabridged Dictionary (2nd ed. 1997) (may be helpful to the Court in construing terms; see p. 644 for "engaged"); particular terms of this clause have constructions and support therefor as indicated elsewhere herein |

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| 3 | "the secure door of the counter is configured to be closed when the canister is removed from the counter" | "the secure door of the counter closes manually, or alternatively, automatically, when the canister is removed from the counter" | -'776 patent: 2:59-3:4; 3:12-16; 4:13-23; 5:6-21; 8:17-26; 8:27-9:4; 15:25-40; figs. 1, 2, 7, 8. | "whenever the canister is disengaged from (and no longer in direct physical contact with) the secure counter door, the counter's secure door must be and can only be closed." | '776 Patent: col. 5, l. 8-15; col. 9, l. 2-3; Particular terms of this clause have constructions and support therefor as indicated elsewhere herein |
| 4 | "the canister comprises a secure door that is removably engaged with the secure door of the counter" | "the canister having a secure door, the canister able to be docked with the counter in alignment with the secure door of the counter" | -'776 patent: col. 3:8-37; 4:24-43; 5:2-21; 5:33-41; 6:23-27; 7:1-5; 8:17 - 9:1; 15:25-40; figs. 1, 2, 3, 4, 5, 7, 8.<br><br>-Prosecution history of Application No. 13/410,959, Response to Office Action dated 12/6/2013 at pp. 10, 12. | "the secure door of the canister is in removable, direct physical contact with the secure door" | -Random House Webster's Unabridged Dictionary (2nd ed. 1997) (may be helpful to the court in construing terms; see p. 644 for "engaged"); particular terms of this clause have constructions and support therefor as indicated elsewhere herein |

| Claim No. [subpart] | Claim Term | Knapp's Proposed Construction | Knapp's Supporting Authority | RXAS's Proposed Construction | RXAS's Supporting Authority |
|---|---|---|---|---|---|
| 5[a] | "wherein the secure doors of the counter and the canister are configured to be closed when the canister is removed from the counter" | "the secure doors of the counter and the canister close manually, or alternatively, automatically, when the canister is removed from the counter" | -'776 patent: 2:59-3:4; 3:12-16; 4:13-23; 5:6-21; 8:17-26; 8:48-9:4; 15:25-40; figs. 1, 2, 3, 4, 5, 7, 8. | "whenever the canister is disengaged from (and no longer in direct physical contact with) the secure door of the counter, the secure doors of the canister and the counter must be and can only be closed and that whenever the canister is engaged with the counter door, the secure doors of the canister and the counter must be and can only be open." | -Random House Webster's Unabridged Dictionary (2nd ed. 1997) (may be helpful to the Court in construing terms; see p. 644 for "engaged"); '776 Patent: col. 5, l. 8-15; col. 9, l. 2-3; particular terms of this clause have constructions and support therefor as indicated elsewhere herein |
| 5[b] | "wherein the secure doors of the counter and the canister are configured to be open when the canister is engaged with the counter" | "the secure doors of the counter and the canister open manually, or alternatively, automatically, when the canister is engaged with the counter" | -'776 patent: 2:59-3:4; 3:12-16; 4:13-23; 5:6-21; 8:17-26; 8:48-9:4; 15:25-40; figs. 1, 2, 3, 4, 5, 7, 8. | | |

Dated:  November 3, 2014

SUTHERLAND ASBILL & BRENNAN LLP

By:  */s/Ann G. Fort*
Ann G. Fort
Stephanie G. Stella
Robert R.L. Kohse
999 Peachtree Street NE
Suite 2300
Atlanta, GA 30309
Phone: (404) 853-8000
Fax: (404) 853-8806
Email: ann.fort@sutherland.com
        stephanie.stella@sutherland.com
        rob.kohse@sutherland.com

John M. Tanner
FAIRFIELD & WOODS, P.C.
1801 California St., Suite 2600
Denver, CO 80202
Phone: (303) 830-2400
Email: jtanner@fwlaw.com

*ATTORNEYS FOR PLAINTIFF*
*KNAPP LOGISTICS AUTOMATION, INC.*

SANTANGELO LAW OFFICES, P.C.

By:  */s/Al Wiedmann Jr.*
Luke Santangelo
Alfred Wiedmann, Jr.
125 South Howes, 3rd Floor
Fort Collins, CO 80521
Phone: (970) 224-3100
E-mail: lsantangelo@idea-asset.com
        awiedmann@idea-asset.com

*ATTORNEYS FOR DEFENDANT*
*R/X AUTOMATION SOLUTIONS,*
*INC.*

## CERTIFICATE OF SERVICE

This is to certify that on the 3rd day of November, 2014, the foregoing document was

filed electronically and was served on all counsel who have consented to electronic service.


*/s/ Robert Kohse*
Robert Kohse