UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.

    Defendant.

---

**CERTIFICATE OF COMPLIANCE –
KNAPP'S OPENING BRIEF ON CLAIM CONSTRUCTION**

---

Pursuant to D.C.COLO.LPtR 17, I hereby certify that Plaintiff Knapp Logistics Automation, Inc.'s Opening Brief on Claim Construction [Dkt. #57] does not exceed 10,000 words. The brief contains 6,598 words.

Dated: November 25, 2014

SUTHERLAND ASBILL & BRENNAN LLP

By: */s/Robert Kohse*
Ann G. Fort
Stephanie G. Stella
Robert R.L. Kohse
999 Peachtree Street NE, Suite 2300
Atlanta, GA 30309
Phone: (404) 853-8000
Fax: (404) 853-8806
Email: ann.fort@sutherland.com
    stephanie.stella@sutherland.com
    rob.kohse@sutherland.com

*ATTORNEYS FOR PLAINTIFF KNAPP
LOGISTICS AUTOMATION, INC.*

2

**CERTIFICATE OF SERVICE**

This is to certify that on the 25th day of November, 2014, the foregoing document was filed electronically and was served on all counsel who have consented to electronic service.

                                      */s/ Robert Kohse*
                                      Robert Kohse