UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.,

    Defendant.

**JOINT MOTION FOR CLAIM CONSTRUCTION DETERMINATION**

Pursuant to the Modified Scheduling Order [Dkt. #42] and *Markman v. Westview Instruments, Inc.*, 52 F.3d 967 (Fed. Cir. 1995) (*en banc*), *aff'd*, 517 U.S. 370 (1996), Plaintiff Knapp Logistics Automation, Inc. ("Knapp") and Defendant R/X Automation Solutions, Inc.'s ("RXAS") (together, the "Parties") **respectfully request that the Court hold the hearing currently scheduled for January 22, 2014** to receive a technology tutorial and argument concerning the construction of terms set forth in certain claims of U.S. Patent No. 8,601,776 (the "'776 patent"), subject to the hearing schedule and format proposed below by the Parties.

In accordance with the Modified Scheduling Order, on November 3, 2014 the parties filed with the Court a Joint Claim Construction and Pre-hearing Statement [Dkt. #53] setting forth the disputed claim terms of the '776 patent, the Parties' proposed constructions, and the Parties' respective support for those constructions. Also in accordance with the Modified Scheduling Order, the parties have completed briefing on claim construction.

On November 24, 2014, and pursuant to the Modified Scheduling Order, Knapp filed a technology tutorial [Dkt. #57-11]. On that same day, in lieu of a technology tutorial, RXAS filed a request for hearing to demonstrate its Script Count product [Dkt. #59]. On December 5, 2014, the Court denied RXAS's request, entering an Order denying RXAS's "request for a hearing for purposes of demonstrating the technical aspects of its Script Count products." [Dkt. #62]. Pursuant to that Order, Knapp proposes that it, alone, be permitted to present a 40 minute technology tutorial prior to the *Markman* hearing. RXAS proposes that Knapp's tutorial time be limited to 20 minutes.

Having fully briefed the claim construction issues in this case, and Knapp having previously submitted a technology tutorial, the Parties respectfully request that the Court proceed with a technology tutorial and *Markman* hearing on January 22, 2015 as follows:

1. A technology tutorial and claim construction hearing to be held on January 22, 2015 beginning at 9 a.m. in Courtroom A902 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, CO 80294-3589.

2. A brief technology tutorial, no more than [40 minutes (Knapp's proposal), or 20 minutes (RXAS's proposal)] to be provided by Knapp per the Court's order of December 5, 2014 [Dkt. #62], and prior to the Parties' presentation of their respective claim construction positions.

3. Presentation of the Parties' claim construction positions on a <u>term-by-term basis</u> (the parties will group together overlapping claim terms to avoid repetitive presentations). That is, Plaintiff will present its arguments on the first term, then Defendant will

present its arguments on the first term, and so on until all of the disputed terms have been addressed, or the time for each Party expires.

4. Each Party is permitted 90 minutes (180 minutes total) to present its claim construction positions.

Dated: December 22, 2014

| SUTHERLAND ASBILL & BRENNAN LLP | SANTANGELO LAW OFFICES, P.C. |
|---|---|
| By: */s/ Ann G. Fort* <br> Ann G. Fort <br> Stephanie G. Stella <br> Robert R.L. Kohse <br> 999 Peachtree Street NE, Suite 2300 <br> Atlanta, GA 30309 <br> Phone: (404) 853-8000 <br> Fax: (404) 853-8806 <br> Email: ann.fort@sutherland.com <br>       stephanie.stella@sutherland.com <br>       rob.kohse@sutherland.com <br><br> Michael Dulin <br> POLSINELLI, PC <br> 1515 Wynkoop Street, Suite 600 <br> Denver, CO 80202 <br> Phone: (303) 583-8239 <br> Email: mdulin@polsinelli.com <br><br> *ATTORNEYS FOR PLAINTIFF KNAPP LOGISTICS AUTOMATION, INC.* | By: */s/Alfred K. Wiedmann, Jr.* <br> Alfred K. Wiedmann, Jr. <br> Luke Santangelo <br> David S. Kerr <br> Travis D. Whitsitt <br> 125 South Howes, 3rd Floor <br> Fort Collins, CO 80521 <br> Phone: (970) 224-3100 <br> Fax: (970) 224-3175 <br> Email: awiedmann@idea-asset.com <br>       lukes@idea-asset.com <br>       dkerr@idea-asset.com <br>       twhitsitt@idea-asset.com <br><br> *ATTORNEYS FOR DEFENDANT R/X AUTOMATION SOLUTIONS, INC.* |