IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 14-cv-00319-RBJ | Date: May 1, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| KNAPP LOGISTICS & AUTOMATION INC | Michael P. Dulin |
| | Ann G. Fort |
| | Robert R. Kohse |
| **Plaintiff** | |
| v. | |
| R/X AUTOMATION SOLUTIONS INC | David S. Kerr |
| **Defendant** | |

## COURTROOM MINUTES

**TELEPHONE MOTION HEARING**

Court in Session: 10:00 a.m.

Appearance of counsel via telephone. Michael Speed and Jeffrey Standley present on behalf of Humana also via telephone.

Argument given on [97] Third Party Humana's Motion to Quash Subpoena for Inspection of Premises and Designated Objects.

**ORDERED:   [97] Third Party Humana's Motion to Quash Subpoena for Inspection of Premises and Designated Objects is GRANTED.**

Discussion held on extension of time to complete third party depositions. Parties will work together on this issue.

Court in Recess: 10:51 a.m.        Hearing concluded.        Total time in Court: 00:51