UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Judge R. Brooke Jackson

Civil Action No. 1:14-cv-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,
F/K/A KNAPP LOGISTICS & AUTOMATION, INC.

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.

    Defendant.

---

## VERDICT FORM

---

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this Court as our verdict in this case:

### I. PATENT INFRINGEMENT AND VALIDITY

1. Did Plaintiff Knapp prove by a preponderance of the evidence that Defendant RXAS's pill counters meet all elements of claim 1 of the '776 patent?

| | | |
|---|---|---|
| Original Script Count: | Yes (for Knapp): ____ | No (for RXAS): ✓ |
| Accused Product A: | Yes (for Knapp): ____ | No (for RXAS): ✓ |
| Accused Product B: | Yes (for Knapp): ____ | No (for RXAS): ✓ |

2. Did Plaintiff Knapp prove by a preponderance of the evidence that Defendant RXAS infringed the '776 patent, either directly or indirectly, by making, using, offering to sell, or selling any product covered by the '776 patent?

        Yes (for Knapp):____       No (for RXAS): ✓

3. Did Defendant RXAS prove by clear and convincing evidence that claim 1 of the '776 patent is invalid?

        Yes (for RXAS): ✓       No (for Knapp):____

If you answered "Yes" to this Question 3, then please check the reason or reasons for invalidity as to the invalid claim:

        On Sale Bar?       ✓

        Inventorship?      ____

*[If you found that claim 1 is invalid, please stop and inform the Court. Otherwise, please continue to Questions 4 through 6.]*

**We, the jurors, by signing below, indicate our unanimous verdict:**

Dated: October 22, 2015

Juror names redacted