IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE R. BROOKE JACKSON

Case No. 14-cr-00319-RBJ

KNAPP LOGISTICS AUTOMATION, INC.,

    Plaintiff,

v.

R/X AUTOMATION SOLUTIONS, INC.,

    Defendant.

---

## ORDER REGARDING CUSTODY OF EXHIBITS

IT IS ORDERED that, at the conclusion of the trial on October 22, 2015, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 22nd day of October, 2015.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge